# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hennessy, David H. | United States District Courts, District of Massachusetts | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - full time | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Donahue Federal Building, 595 Main Street, Worcester, MA 01608

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Town of West Boylston |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hennessy, David H.** | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hennessy, David H.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. U.S. Savings Bonds | B | Interest | M | T | | | | | |
| 2. Bank of America Accounts | A | Interest | L | T | | | | | |
| 3. Capital One Accounts | A | Interest | L | T | | | | | |
| 4. Digital Federal Credit Union Account | A | Interest | J | T | | | | | |
| 5. IRA: Spectrum Advisor MAPS Strategic Aggressive Growth #1 (H) | | | | | | | | | |
| 6. - Pershing Goverment Account | | None | J | T | | | | | |
| 7. - Harbor International Fund Institutional Class | A | Dividend | L | T | Buy (add'l) | 11/11/20 | J | | |
| 8. - Northern Small Cap Value Fund | B | Dividend | L | T | Buy (add'l) | 11/11/20 | J | | |
| 9. -Invesco Dev. Mkts. (formerly Oppenheimer Dev. Mkts.) Class Y | A | Dividend | K | T | | | | | |
| 10. - PIMCO Commodity Real Return Strategy Fund Class I-2 | A | Dividend | J | T | Buy (add'l) | 11/11/20 | J | | |
| 11. - T Rowe Price Blue Chip Growth Fund Investor Class | A | Dividend | L | T | Sold (part) | 11/10/20 | J | | |
| 12. - T Rowe Price New Horizons Fund Investor Class | D | Dividend | K | T | Sold (part) | 11/10/20 | K | | |
| 13. - Van Eck Global Hard Assets Fund Class Y | A | Dividend | J | T | | | | | |
| 14. - Virtus Real Estate Securities Fund Class I | A | Dividend | J | T | Buy (add'l) | 11/11/20 | J | | |
| 15. - Virtus International Real Estate Sec. Class I | | None | J | T | Buy (add'l) | 11/11/20 | J | | |
| 16. - Oakmark International Small Cap Fund Advisor Class | A | Dividend | K | T | Buy (add'l) | 11/11/20 | J | | |
| 17. - Dodge & Cox Stock Fund | D | Dividend | L | T | Buy (add'l) | 11/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hennessy, David H.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | | | | | |
| 19.   IRA: Spectrum Advisor MAPS Strategic Aggressive Growth #2 (H) | | | | | | | | | |
| 20.   - Pershing Government Account | | None | J | T | | | | | |
| 21.   - AMCAP Fund Class F-2 | C | Dividend | L | T | Sold<br>(part) | 11/10/20 | J | | |
| 22.   - Dodge & Cox International Fund | B | Dividend | L | T | | | | | |
| 23.   - Fidelity Advisor International Growth Fund Class I | A | Dividend | M | T | | | | | |
| 24.   - Harbor International Fund Institutional Class | A | Dividend | L | T | | | | | |
| 25.   - Lazard Emerging Markets Institutional Class | A | Dividend | K | T | Buy<br>(add'l) | 11/11/20 | J | | |
| 26.   - Northern Small Cap Value Fund | C | Dividend | M | T | Buy<br>(add'l) | 11/11/20 | K | | |
| 27.   -Invesco Dev. Mkts. (formerly Oppenheimer Dev. Mkts.) Class Y | A | Dividend | K | T | | | | | |
| 28.   - PIMCO Commodity Real Return StrategyFund Class I-2 | A | Dividend | K | T | Buy<br>(add'l) | 11/11/20 | J | | |
| 29.   - T Rowe Price New Horizons Fund Investor Class | D | Dividend | M | T | Sold<br>(part) | 11/10/20 | K | | |
| 30.   - Van Eck Global Hard Assets Fund Class Y | A | Dividend | K | T | | | | | |
| 31.   - Vanguard Windsor II Fund Admiral Shares | D | Dividend | M | T | Buy<br>(add'l) | 11/11/20 | J | | |
| 32.   - Virtus Real Estate Securities Fund Class I | B | Dividend | K | T | Buy<br>(add'l) | 11/11/20 | J | | |
| 33.   - Virtus International Real Estatc Securities I | | None | K | T | Buy<br>(add'l) | 11/11/20 | J | | |
| 34.   - Oakmark International Small Cap Fund Advisor Class | B | Dividend | L | T | Buy<br>(add'l) | 11/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hennessy, David H.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - T Rowe Price Blue Chip Growth Fund Investor Class | A | Dividend | L | T | Sold (part) | 11/10/20 | K | | |
| 36. - PIA Short Term Government Securities Fund | B | Dividend | M | T | | | | | |
| 37. - Hotchkis & Wiley Large Cap Value Fund Class I | B | Dividend | M | T | Buy (add'l) | 11/11/20 | J | | |
| 38. | | | | | | | | | |
| 39. American Funds Non-Retirement #2 (H) | | | | | | | | | |
| 40. - AF Short-Term Tax-Exempt Bond Fund-A | B | Dividend | L | T | Sold (part) | 04/01/20 | J | | |
| 41. | | | | | Sold (part) | 04/08/20 | J | | |
| 42. | | | | | Sold (part) | 04/15/20 | J | | |
| 43. | | | | | Sold (part) | 04/22/20 | J | | |
| 44. | | | | | Sold (part) | 04/29/20 | J | | |
| 45. - American Balanced Fund-A | A | Dividend | K | T | | | | | |
| 46. - The Income Fund of America-A | A | Dividend | K | T | | | | | |
| 47. - New World Fund-A | A | Dividend | L | T | | | | | |
| 48. - Small Cap World Fund-A | B | Dividend | L | T | | | | | |
| 49. - Washington Mutual Investors Fund-A | A | Dividend | K | T | | | | | |
| 50. | | | | | | | | | |
| 51. American Funds Education #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - AF U.S.Govt. MMkt-529A(formerly American Funds MMkt. Fund-529A) | A | Dividend | K | T | Sold (part) | 02/12/20 | L | | |
| 53. - AMCAP Fund-529A | A | Dividend | | | Buy | 04/01/20 | J | | |
| 54. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 55. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 56. | | | | | Buy (add'l) | 04/22/20 | J | | |
| 57. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 58. | | | | | Sold | 10/09/20 | J | | |
| 59. - EuroPacific Growth Fund-529A | | None | | | Buy | 04/01/20 | J | | |
| 60. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 61. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 62. | | | | | Buy (add'l) | 04/22/20 | J | | |
| 63. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 64. | | | | | Sold | 10/09/20 | J | | |
| 65. - New World Fund-529A | | None | | | Buy | 04/01/20 | J | | |
| 66. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 67. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 68. | | | | | Buy (add'l) | 04/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hennessy, David H.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 70. | | | | | Sold | 10/09/20 | J | | |
| 71. | | | | | | | | | |
| 72. American Funds Education #4 (H) | | | | | | | | | |
| 73. AF U.S. Govt. MMkt-529A(formerly American Funds MMkt Fund-529A) | A | Dividend | L | T | Buy<br>(add'l) | 02/12/20 | L | | |
| 74. | | | | | Sold<br>(part) | 09/09/20 | J | | |
| 75. | | | | | Sold<br>(part) | 12/29/20 | J | | |
| 76. Roth IRA: American Funds #1 (H) | | | | | | | | | |
| 77. - AMCAP Fund-A | A | Dividend | J | T | Buy | 04/22/20 | J | | |
| 78. - EuroPacific Growth Fund-A | A | Dividend | J | T | Buy | 04/22/20 | J | | |
| 79. - New World Fund-A | A | Dividend | J | T | Buy | 04/22/20 | J | | |
| 80. | | | | | | | | | |
| 81. Roth IRA: American Funds #2 (H) | | | | | | | | | |
| 82. - AMCAP Fund-A | A | Dividend | J | T | Buy | 04/22/20 | J | | |
| 83. - EuroPacific Growth Fund-A | A | Dividend | J | T | Buy | 04/22/20 | J | | |
| 84. - New World Fund-A | A | Dividend | J | T | Buy | 04/22/20 | J | | |
| 85. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hennessy, David H.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hennessy, David H. | 08/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David H. Hennessy**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544